*George W. Martin* and *Thomas B. Fenlon* for motion.
*John Kadel* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the action within the meaning of the Constitution.

BECKWITH HAVENS, Appellant, *v.* ROCHESTER ROPES, INC., Respondent.

Submitted July 19, 1944; decided October 5, 1944.

Motion by appellant for a reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 293 N. Y. 659.)

In the Matter of ROBERT E. DINEEN, as Superintendent of Insurance of the State of New York, Respondent. CASINO REALTY CORP., Appellant.

Submitted July 19, 1944; decided October 5, 1944.

*Leo E. Sherman* for motion.

*J. George Longfelder* and *Julius B. Sucher* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the proceeding within the meaning of the Constitution.